IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE THORNTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 23-_____ |
| ) | |
| STEVEN DELUCA, JOHN DOE 1, ) | JUDGE |
| JOHN DOE 2, JOHN DOE 3, ) | |
| JOHN DOE 4, JOHN DOE 5, ) | *(Electronic Filing)* |
| JOHN DOE 6, JOHN DOE 7, ) | |
| JOHN DOE 8, JOHN DOE 9, ) | |
| JOHN DOE 10, AND CITY OF ERIE, ) | |
| PENNSYLVANIA, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATION OF SCOPE OF EMPLOYMENT**

I, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, pursuant to the provisions of 28 U.S.C. § 2679 (1988), as amended by Public Law 100-694, and by virtue of the authority vested in me by the Attorney General of the United States under 28 C.F.R. § 15.4, hereby certify that I have read the Praecipe for Writ of Summons and the Pre-Complaint Discovery Requests Directed to Defendant Steven DeLuca and the City of Erie in this action. On the basis of the information now available to me with respect to the state tort action, I find that the Defendant, Task Force Officer Steven DeLuca, was deputized as a federal officer and acting within the scope of his employment as an employee of the United States Marshals Service with respect to the state tort action.

Date: June 5, 2023

_____
TROY RIVETTI
Acting United States Attorney