IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LANCE THORNTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:23-cv-164 |
| | ) | |
| STEVEN DELUCA, JOHN DOE 1, | ) | JUDGE CATHY BISSOON |
| JOHN DOE 2, JOHN DOE 3, | ) | |
| JOHN DOE 4, JOHN DOE 5, | ) | *(Electronic Filing)* |
| JOHN DOE 6, JOHN DOE 7, | ) | |
| JOHN DOE 8, JOHN DOE 9, | ) | |
| JOHN DOE 10, AND CITY OF ERIE, | ) | |
| PENNSYLVANIA, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2023, upon consideration of the United States of America's Motion for Substitution of Party, and upon further consideration of any response thereto,

IT IS HEREBY ORDERED that the Motion is GRANTED, and Defendant Steven DeLuca is dismissed, with prejudice, from this action, and the United States of America is substituted as a defendant with respect to Plaintiff's claims for all further proceedings in this case.

IT IS FURTHER ORDERED that this matter be re-captioned to reflect that substitution.

_____
UNITED STATES DISTRICT JUDGE

cc:   All counsel of record