# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LANCE THORNTON,

    Plaintiff,

v.                                                 Civil Action No.

STEVEN DELUCA, *et al.*,

    Defendants.

## DECLARATION OF PHILIP CORNELIOUS, ACTING UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF PENNSYLVANIA

I, Philip Cornelious, under the penalty of perjury, declare as follows:

1.     My name is Philip Cornelious, and I am employed by the United States Marshals Service ("USMS") as Acting United States Marshal (A/USM) for the Western District of Pennsylvania ("WDPA").

2.     I have been a Deputy United States Marshal ("DUSM") in the USMS since April 15, 2003, and A/USM, USMS, WDPA, since September 1, 2020.

3.     On March 12, 2023, the date of the subject incident, I was serving as A/USM, based in Pittsburgh, Pennsylvania.

4.     As part of my duties as A/USM, I supervise certain fugitive task force operations in the WDPA for the USMS. USMS fugitive task forces have several functions and are generally comprised of members of the USMS and local law enforcement personnel who have been specially deputized by the USMS to serve on specific task forces. Their authority on the task force on which they serve as special deputies is defined by the terms of their appointment and federal law.

5.     One of the purposes of the task force is to locate individuals who were subject to federal and state arrest and search warrants, including fugitives, and to take such persons into custody as required by the applicable warrants. Local law enforcement personnel who have been specially deputized to serve on the task force by the USMS work under the direction of DUSMs while executing these search and arrest warrants and when taking individuals into custody who are the subject of the arrest warrants being executed by the task force. The local law enforcement personnel serving on the task force are considered federal officers while engaged in Task Force activities.

6. On March 12, 2023, the district fugitive task force was seeking fugitive Rakeem Jones to execute an arrest warrant for attempted criminal homicide on several police officers. The events alleged in this civil action occurred during an effort to execute that warrant on that date by, among others, named defendant Special Deputy United States Marshal ("SpDUSM") Steven R. DeLuca

7. Steven R. DeLuca ("DeLuca") was appointed as a SpDUSM and served on the district's fugitive task force. DeLuca's special deputation appointment at the time of the events alleged in this civil action was authorized from June 14, 2022, to May 31, 2025. *See* Exhibit 1 attached to this Declaration.

8. The special deputation appointment for SpDUSM DeLuca states that he was specially deputized "[t]o seek and execute arrest and search warrants supporting a federal TF [task force] under Title 18 authority." *See* Exhibit 1 attached to this Declaration.

9. The March 12, 2023, operation to attempt to locate and arrest Rakeem Jones was a USMS task force operation wherein SpDUSM deLuca was acting as a federal officer, exercising his authority as a SpDUSM.

I declare under the penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated at Pittsburgh, Pennsylvania, this 24th day of May, 2023.

*[signature]*

PHILIP CORNELIOUS
ACTING UNITED STATES MARSHAL
UNITED STATES MARSHALS SERVICE
WESTERN DISTRICT OF PENNSYLVANIA