# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LANCE THORNTON,

    Plaintiff,

v.                                               Civil Action No.

STEVEN DELUCA, *et al.*,

    Defendants.

## DECLARATION OF PHILIP CORNELIOUS, ACTING UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF PENNSYLVANIA

I, Philip Cornelious, under the penalty of perjury, declare as follows:

1. My name is Philip Cornelious, and I am employed by the United States Marshals Service ("USMS") as Acting United States Marshal (A/USM) for the Western District of Pennsylvania ("WDPA").

2. I have been a Deputy United States Marshal ("DUSM") in the USMS since April 15, 2003, and A/USM, USMS, WDPA, since September 1, 2020.

3. On March 12, 2023, the date of the subject incident, I was serving as A/USM, based in Pittsburgh, Pennsylvania.

4. As part of my duties as A/USM, I supervise certain fugitive task force operations in the WDPA for the USMS. USMS fugitive task forces have several functions and are generally comprised of members of the USMS and local law enforcement personnel who have been specially deputized by the USMS to serve on specific task forces. Their authority on the task force on which they serve as special deputies is defined by the terms of their appointment and federal law.

5. One of the purposes of the task force is to locate individuals who were subject to federal and state arrest and search warrants, including fugitives, and to take such persons into custody as required by the applicable warrants. Local law enforcement personnel who have been specially deputized to serve on the task force by the USMS work under the direction of DUSMs while executing these search and arrest warrants and when taking individuals into custody who are the subject of the arrest warrants being executed by the task force. The local law enforcement personnel serving on the task force are considered federal officers while engaged in Task Force activities.

6. On March 12, 2023, the district fugitive task force was seeking fugitive Rakeem Jones to execute an arrest warrant for attempted criminal homicide on several police officers. The events alleged in this civil action occurred during an effort to execute that warrant on that date by, among others, named defendant Special Deputy United States Marshal ("SpDUSM") Steven R. DeLuca

7. Steven R. DeLuca ("DeLuca") was appointed as a SpDUSM and served on the district's fugitive task force. DeLuca's special deputation appointment at the time of the events alleged in this civil action was authorized from June 14, 2022, to May 31, 2025. *See* Exhibit 1 attached to this Declaration.

8. The special deputation appointment for SpDUSM DeLuca states that he was specially deputized "[t]o seek and execute arrest and search warrants supporting a federal TF [task force] under Title 18 authority." *See* Exhibit 1 attached to this Declaration.

9. The March 12, 2023, operation to attempt to locate and arrest Rakeem Jones was a USMS task force operation wherein SpDUSM deLuca was acting as a federal officer, exercising his authority as a SpDUSM.

I declare under the penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated at Pittsburgh, Pennsylvania, this 24th day of May, 2023.

*[signature]*

PHILIP CORNELIOUS
ACTING UNITED STATES MARSHAL
UNITED STATES MARSHALS SERVICE
WESTERN DISTRICT OF PENNSYLVANIA

# EXHIBIT A-1

**U.S. Department of Justice**
**United States Marshals Service**



## Special Deputation Oath of Office, Authorization and Appointment

This form must be completed after an application for Special Deputation (Form USM 3A) has been submitted to, and approved by, the Chief of the Special Deputation Unit, Office of Security Programs, Tactical Operations Division. Return this form to the Special Deputation Unit at spec.dep@usdoj.gov after completion.

### OATH OF OFFICE

I, STEVEN R DELUCA (*Use name as stated on application*) do solemnly swear (affirm) that I will faithfully execute all lawful orders issued under the authority of the United-States directed to the United States Marshal, the United States Marshals Service, or to an appropriate Federal Official. I will perform the duties of a Special Deputy United States Marshal with integrity, professionalism, and impartiality. I will exercise the authorities as limited by this Special Deputation solely in furtherance of the mission for which I have been specially deputized, and only while this Special Deputation shall be in effect. I agree to abide by the conditions set forth in the appointment. So help me God.

Subscribed and sworn to me this 14TH day of JUNE 2022, at ERIE, PA
City / State

Signature of Appointee

Signature of U.S. Marshal or Officer Administering Oath

05/31/2025
Expiration Date

W-PA
District or Division

### SPONSORING AGENCY INFORMATION

ERIE POLICE DEPARTMENT
Appointee's Employer

626 STATE ST, ERIE, PA 16501
Employer's Address

US MARSHALS SERVICE
Sponsoring Agency

JEREMY DELANO - 412-454-3613
Sponsoring Agency Contact Name and Phone No. during Special Deputation (U.S. Marshal or Designated Federal Official)

### TERMS OF SPECIAL DEPUTATION

The individual named herein is appointed, under authority delegated by the Attorney General, to perform the duties of the Office of Special Deputy United States Marshal as directed by an appropriate official of the United States Marshals Service or some other appropriate Federal Official as so designated. This appointment does not constitute employment by the United States Marshals Service, the United States Department of Justice, or the United States Government. The appointee agrees to perform the duties required under this Special Deputation with the knowledge that he or she is neither entering into an employment agreement with the Federal Government or any element thereof, nor being appointed to any position in the Federal Service by virtue of this special deputation. The appointee understands and acknowledges that the authorities vested in him or her by this special deputation can only be exercised in furtherance of the mission for which he or she has been specially deputized and extend only so far as may be necessary to faithfully complete that mission. Moreover, those authorities terminate at the expiration of the term of the Special Deputation.

For verification, contact
United States Marshals Service Comm Center
(202) 307-9100

  **SPECIAL DEPUTATION APPOINTMENT**  

This certifies that
**STEVEN R DELUCA**
WESTERN PENNSYLVANIA FUGITIVE TF

has been specially appointed as a Special Deputy U.S. Marshal to perform the following duties as authorized by law

* TO SEEK AND EXECUTE ARREST AND SEARCH WARRANTS SUPPORTING A FEDERAL TF UNDER TITLE 18 AUTHORITY

This deputation has the following limitations:

* NOT AUTHORIZED TO PARTICIPATE IN FEDERAL DRUG INVESTIGATIONS UNLESS DEPUTIZED BY DEA OR FBI
* NOT VALID OFF DUTY

Appointee

05/31/2025
Expiration Date

JASON BENNETT
Chief, Special Deputation Unit

05/09/2022
Authorization Date

U.S. Marshal or Designated Federal Official

USM-3 ID: 199623

Form USM-3B
Rev. 06/21
(Previously Form USM-3)