IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| LANCE THORNTON,<br>Plaintiff<br><br>v.<br>STEVEN DELUCA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, and JOHN DOE 9, JOHN DOE 10, and CITY OF ERIE, PENNSYLVANIA,<br><br>Defendants | Case No.: 1:23-cv-164 |

## **ORDER**

On June 9, 2010, the Plaintiff inthe above-referenced action filed a Motion to Remand Removed Action. The Court having reviewed that motion and good cause appearing, orders as follows:

1.  Western District of Pennsylvania case number 1:23-cv-00164 styled THORNTON vs. STEVEN DELUCA JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, and JOHN DOE 9, JOHN DOE 10, and CITY OF ERIE, PENNSYLVANIA, is hereby remanded to the Erie County, Pennsylvania Court of Common Pleas.

IT IS SO ORDERED.

BY THE COURT:

_____

Cathy Bissoon, U.S.D.J.