IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE THORNTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:23-cv-164 |
| ) | |
| STEVEN DELUCA, JOHN DOE 1, ) | JUDGE CATHY BISSOON |
| JOHN DOE 2, JOHN DOE 3, ) | |
| JOHN DOE 4, JOHN DOE 5, ) | *(Electronic Filing)* |
| JOHN DOE 6, JOHN DOE 7, ) | |
| JOHN DOE 8, JOHN DOE 9, ) | |
| JOHN DOE 10, AND CITY OF ERIE, ) | |
| PENNSYLVANIA, ) | |
| ) | |
| Defendants. ) | |

## CONSENT TO STAY MOTION FOR SUBSTITUTION OF PARTY

Defendant DeLuca,[1] by his attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and Kezia O. L. Taylor, Assistant United States Attorney, files this Consent to Stay Defendant's Motion for Substitution of Party in response to Plaintiff's Answer to Motion for Substitution of Party.

On March 24, 2023, Plaintiff certified to the Erie County Court of Common Pleas that the nature of his lawsuit was an "intentional tort" among the forty-six (46) choices he could have selected from within the seven (7) categories offered.[2] ECF No. 1-2. However, in Plaintiff's

---

[1] Because Plaintiff speculates that he may advance a *Bivens* cause of action in his Brief in Opposition to Defendant's Motion for Substitution (ECF No. 8, pp. 4-6), Defendant DeLuca is in the process of obtaining representation approval from the Department of Justice pursuant to 28 C.F.R. § 50.15(a)(2).

[2] Additionally, on the Civil Cover Sheet completed by Plaintiff, each of the seven categories include "other" next to two blank spaces where Plaintiff could have written in other causes of action; Plaintiff did not assert any other cause of action.

Answer to Motion for Substitution of Party, he speculates that he might not advance a tort claim but, rather, bring a *Bivens* claim against the law enforcement officers, including Defendant DeLuca. ECF No. 7, ¶ 5. With due consideration for Plaintiff's speculation that he might not advance a tort claim, Defendant DeLuca consents to stay its Motion for Substitution of Party (ECF No. 2) until such time that Plaintiff files his complaint. In fact, Defendant DeLuca will file a motion for administrative closure of this case until Plaintiff files his complaint.

        Respectfully submitted,

        ERIC G. OLSHAN
        United States Attorney


        */s/ Kezia Taylor*
        KEZIA O. L. TAYLOR (PA 203759)
        Assistant U.S. Attorney
        Western District of Pennsylvania
        Joseph F. Weis, Jr. U.S. Courthouse
        700 Grant Street, Suite 4000
        Pittsburgh, PA 15219
        Tel.: (412) 894-7567
        Fax: (412) 644-6995
        Email: kezia.taylor@usdoj.gov
        *Counsel for Defendant DeLuca*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of June, 2023, a true and correct copy of the within Consent to Stay Motion for Substitution of Party was served by electronic filing and/or postage-paid U.S. Mail, upon the following:

Timothy D. McNair, Esquire
McNair Law Offices, PLLC
821 State Street
Erie, PA 16501
tmcnair@mcnairlaw.com
*Counsel for Plaintiff*

Edward J. Betza, Esquire
City of Erie, Office of Solicitor
City Hall, Room 505
626 State Street
Erie, PA 16501
*Counsel for City of Erie*

*/s/ Kezia Taylor*
KEZIA O. L. TAYLOR
Assistant U.S. Attorney