IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE THORNTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:23-cv-164 ) |
| STEVEN DELUCA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, AND CITY OF ERIE, PENNSYLVANIA, | ) JUDGE CATHY BISSOON ) ) *(Electronic Filing)* ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

AND NOW, this _____ day of _____, 2023, upon consideration of the Defendant DeLuca's Motion for Administrative Closure, and upon further consideration of any response thereto,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Clerk of Court shall mark this case Administratively Closed.  Nothing contained in this Order shall be considered a dismissal or disposition of this action.  This action will be Administratively Closed without prejudice to any party during the period of the stay.

IT IS FURTHER ORDERED that the case will be reopened automatically after the Plaintiff files his complaint, or by motion of any party.

_____
UNITED STATES DISTRICT JUDGE

cc:     All counsel of record