IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LANCE THORNTON                             :
      Plaintiff,                          :
                               :
            v.                          :     CIVIL ACTION No. 1:23-cv-164
                               :
STEVEN DELUCA, JOHN DOE 1, JOHN            :     JUDGE CATHY BISSOON
DOE 2, JOHN DOE 3, JOHN DOE 4,             :
JOHN DOE 5, JOHN DOE 6, JOHN DOE           :     (*Electronic Filing*)
7, JOHN DOE 8, JOHN DOE 9, JOHN            :
DOE 10, CITY OF ERIE,                      :
PENNSYLVANIA                               :
      Defendants.                         :

## PRAECIPE FOR ENTRY OF APPEARANCE

Please enter my Appearance on behalf of the Defendant, City of Erie, Pennsylvania, in

the above-referenced matter.

Respectfully submitted,

_____
Jason A. Checque, Esq.
Deputy City Solicitor
Pa. I.D. # 94839
626 State Street, Room 505
Erie, PA 16501
Ph:  814/870-1230   Fax: 814/455-9438
E-mail:  jchecque@erie.pa.us
(Attorney for Defendant)