IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE THORNTON, <br>     Plaintiff, <br><br> v. <br><br> STEVEN DELUCA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, CITY OF ERIE, PENNSYLVANIA <br>     Defendants. | CIVIL ACTION No. 1:23-cv-164 <br><br> JUDGE CATHY BISSOON <br><br> *(Electronic Filing)* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of June, 2023, a copy of my Praecipe for Entry of Appearance was filed electronically with the Court in the above matter on behalf of the Defendant, City of Erie, Pennsylvania, and was served upon all counsel of record by U.S. Mail, postage prepaid as follows:

Timothy D. McNair
Law Office of Timothy D. McNair
821 State Street
Erie, Pa 16501

Kezia Taylor
U.S. Attorney's Office
700 Grant Street, 4000
Pittsburgh, PA 15219

Respectfully submitted,

_____
Jason A. Checque, Esq.
Deputy City Solicitor  Pa. I.D. #94839
626 State Street, Room 505
Erie, PA 16501
Ph: 814/870-1230   Fax: 814/455-9438
E-mail: jchecque@erie.pa.us
(Attorney for Defendant)