IN THE COURT OF COMMON PLEAS
OF ERIE COUNTY, PENNSYLVANIA

| | |
|---|---|
| LANCE THORNTON, <br> Plaintiff | CIVIL DIVISION - LAW |
| v. | Case No.: 10721-2023 |
| STEVEN DELUCA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, and JOHN DOE 9, JOHN DOE 10, and CITY OF ERIE, PENNSYLVANIA <br> Defendants | JURY TRIAL DEMANDED |

## NOTICE OF SERVICE OF PLAINTIFF'S PRE-COMPLAINT DISCOVERY REQUESTS DIRECTED TO DEFENDANT STEVEN DELUCA AND DEFENDANT CITY OF ERIE, PENNSYLVANIA

Notice is hereby given that Plaintiff's Pre-Complaint Discovery Requests Directed to Defendant Steven DeLuca and Defendant City of Erie, Pennsylvania was served on the 20th day of April, 2023 by hand delivery to Ed Betza, Esquire City of Erie, Office of City Solicitor, 626 State Street, Erie, PA 16501 and by hand delivery to Steven DeLuca, City of Erie, Bureau of Police, 626 State Street, Erie, PA 16501.

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

_____
Timothy D. McNair, Esquire

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By: _____
Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
(814) 452-0700
(814) 454-2371 (fax)
tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF ERIE COUNTY, PENNSYLVANIA

| | |
|---|---|
| LANCE THORNTON,<br>　　Plaintiff | CIVIL DIVISION - LAW |
| v. | Case No.: 10721-2023 |
| STEVEN DELUCA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, and JOHN DOE 9, JOHN DOE 10, and CITY OF ERIE, PENNSYLVANIA<br>　　Defendants | **JURY TRIAL DEMANDED** |

## **CERTIFICATE OF SERVICE**

On this 20th day of April, 2023 the undersigned does depose and say that he served a true and correct copy of Plaintiff's Pre-Complaint Discovery Requests Directed to Defendant Steven DeLuca and Defendant City of Erie, Pennsylvania by hand delivery upon the following:

Ed Betza, Esquire
City of Erie, Office of City Solicitor
City Hall
626 State Street
Erie, PA 16501

Steven DeLuca
City of Erie, Bureau of Police
City Hall
626 State Street
Erie, PA 16501

_/s/ Timothy D. McNair_
Timothy D. McNair, Esquire
Attorney for Lance Thornton, Plaintiff