IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| LANCE THORNTON,<br>    Plaintiff<br><br>v.<br><br>STEVEN DELUCA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, and JOHN DOE 9, JOHN DOE 10, and CITY OF ERIE, PENNSYLVANIA,<br><br>    Defendants | Case No.: 1:23-cv-164 |

**ORDER**

AND NOW, to-wit this _____ day of June, 2023, upon consideration of Plaintiff's Motion for Expedited Discovery, it is ORDERED that said Motion shall be, and is hereby GRANTED.

Defendant Steven DeLuca shall, within 20 days of the date of this Order, provide full and complete responses, without objection, to Plaintiff's pre-complaint discovery requests.

BY THE COURT:

_____

Cathy Bissoon, U.S.D.J.