IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE THORNTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:23-cv-164 |
| ) | |
| STEVEN DELUCA, JOHN DOE 1, ) | JUDGE CATHY BISSOON |
| JOHN DOE 2, JOHN DOE 3, ) | |
| JOHN DOE 4, JOHN DOE 5, ) | *(Electronic Filing)* |
| JOHN DOE 6, JOHN DOE 7, ) | |
| JOHN DOE 8, JOHN DOE 9, ) | |
| JOHN DOE 10, AND CITY OF ERIE, ) | |
| PENNSYLVANIA, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

Defendant Steven DeLuca, by his attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and Kezia O. L. Taylor, Assistant United States Attorney, files the attached documents that were obtained from the Erie County Court of Common Pleas upon removal of this case. *See* Attachment. These documents represent the entirety of the documents contained on the Erie County Court of Common Pleas docket when this case was removed.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

*/s/ Kezia Taylor*
KEZIA O. L. TAYLOR (PA 203759)
Assistant U.S. Attorney
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Tel.: (412) 894-7567
Fax: (412) 644-6995
Email: kezia.taylor@usdoj.gov
*Counsel for Defendant, Steven DeLuca*

Dated: June 26, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June, 2023, a true and correct copy of the within Notice of Filing was duly served by electronic filing, upon the following:

Timothy D. McNair, Esquire
McNair Law Offices, PLLC
821 State Street
Erie, PA 16501
tmcnair@mcnairlaw.com
*Counsel for Plaintiff*

Edward J. Betza, Esquire
City of Erie, Office of Solicitor
City Hall, Room 505
626 State Street
Erie, PA 16501
*Counsel for Defendant, City of Erie*

*/s/ Kezia Taylor*
KEZIA O. L. TAYLOR
Assistant U.S. Attorney