IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:23-cv-164 |
| | ) |
| STEVEN DELUCA, JOHN DOE 1, | )   JUDGE CATHY BISSOON |
| JOHN DOE 2, JOHN DOE 3, | ) |
| JOHN DOE 4, JOHN DOE 5, | )   *(Electronic Filing)* |
| JOHN DOE 6, JOHN DOE 7, | ) |
| JOHN DOE 8, JOHN DOE 9, | ) |
| JOHN DOE 10, AND CITY OF ERIE, | ) |
| PENNSYLVANIA, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

AND NOW, this _____ day of _____, 2023, upon consideration of Defendant's Motion for Extension of Time to Respond to Plaintiff's Motion for Expedited Discovery, ECF No. 15,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall respond to Plaintiff's Motion for Expedited Discovery on or before July 12, 2023.

_____
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record