IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE THORNTON, | ) |
| Plaintiff, | ) CIVIL ACTION NO. 23-164E |
| v. | ) JUDGE CATHY BISSOON |
| STEVEN DELUCA, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, AND CITY OF ERIE, PENNSYLVANIA, | ) *(Electronic Filing)* |
| Defendants. | ) |

## NOTICE OF SUBSTITUTION OF ATTORNEY

TO: Clerk of Court
United States District Court
Western District of Pennsylvania

AND NOW, comes Samantha A. Stewart, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully enters her appearance as lead counsel for Defendant, Steven DeLuca in the above-captioned case, in order to ensure that she receives electronic notice of all documents filed in this proceeding.

Please also remove Kezia O. L. Taylor, Assistant U. S. Attorney, as counsel in the above-captioned case.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

Date: December 11, 2023

*/s/ Samantha A. Stewart*
SAMANTHA A. STEWART
Assistant U.S. Attorney
Western District of PA

Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7561
(412) 644-6995
Samantha.stewart@usdoj.gov
PA ID No. 310068

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of December, 2023, a true and correct copy of the within Notice of Entry of Appearance was served by electronic filing and/or postage paid U.S. Mail, to and upon the following:

Timothy D. McNair, Esquire
McNair Law Offices, PLLC
821 State Street
Erie, PA 16501
tmcnair@mcnairlaw.com
*Counsel for Plaintiff*


Jason A. Checque, Esquire
626 State Street
Erie, PA 16501
checquelaw@gmail.com
*Counsel for City of Fire*


    */s/ Samantha A. Stewart*
    SAMANTHA A. STEWART
    Assistant U.S. Attorney