## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LANCE THORNTON,                                    Civil Action No.: 1:23-CV-164

      Plaintiff,

  vs.

STEVEN DELUCA, JOHN DOE'S 1-10, and
CITY OF ERIE, PENNSYLVANIA,

      Defendants.

## <u>NOTICE OF APPEARANCE</u>

Kindly enter the appearance of Sara J. Watkins, Esquire on behalf of the Plaintiff, Lance

Thornton, in the above-captioned matter.

Dated: April 17, 2024                    Respectfully submitted,

                                           By:*/s/ Sara J. Watkins*
                                            SARA J. WATKINS, ESQUIRE
                                            PA I.D. No. 325770
                                            ROBERT PEIRCE & ASSOCIATES, P.C.
                                            707 Grant Street
                                            Suite 125
                                            Pittsburgh, PA 15219
                                            Tel: 412-281-7229
                                            Fax: 412-281-4229
                                            Email:    swatkins@peircelaw.com

                                            *Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 17th day of April 2024 and is available for download by all counsel of record.

*/s/ Sara J. Watkins*
Sara J. Watkins, Esquire
*Counsel for Plaintiff*