## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE THORNTON, | Civil Action No.: 1:23-CV-164 |
| Plaintiff, | |
| vs. | |
| STEVEN DELUCA, JOHN DOE'S 1-10, and CITY OF ERIE, PENNSYLVANIA, | |
| Defendants. | |

### **NOTICE OF APPEARANCE**

Kindly enter the appearance of D. Aaron Rihn, Esquire on behalf of the Plaintiff, Lance Thornton, in the above-captioned matter.

Dated: April 17, 2024                               Respectfully submitted,

By: */s/ D. Aaron Rihn*
    D. AARON RIHN, ESQUIRE
    PA I.D. No. 85752
    ROBERT PEIRCE & ASSOCIATES, P.C.
    707 Grant Street
    Suite 125
    Pittsburgh, PA 15219
    Tel: 412-281-7229
    Fax: 412-281-4229
    Email:  arihn@peircelaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 17th day of April 2024 and is available for download by all counsel of record.

/s/ D. Aaron Rihn
D. Aaron Rihn, Esquire
*Counsel for Plaintiff*