IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LANCE THORNTON,   Civil Action No.: 1:23-CV-164

    Plaintiff,

vs.

STEVEN DELUCA, JOHN DOE'S 1-10, and
CITY OF ERIE, PENNSYLVANIA,

    Defendants.

## NOTICE OF APPEARANCE

Kindly enter the appearance of Robert F. Daley, Esquire on behalf of the Plaintiff, Lance Thornton, in the above-captioned matter.

Dated: April 17, 2024            Respectfully submitted,

By: */s/ Robert F. Daley*
    ROBERT F. DALEY, ESQUIRE
    PA I.D. No.: 81992
    ROBERT PEIRCE & ASSOCIATES, P.C.
    707 Grant Street
    Suite 125
    Pittsburgh, PA 15219
    Tel: 412-281-7229
    Fax: 412-281-4229
    Email:  bdaley@peircelaw.com

    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 17th day of April 2024 and is available for download by all counsel of record.

                                        */s/ Robert F. Daley*
                                        Robert F. Daley, Esquire
                                        *Counsel for Plaintiff*